UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT ARON SANCHEZ;<br>JONATHAN PECK; DOES 1-10,<br>inclusive,<br><br>Defendants. | No. 2:17-cv-1575-JAM-EFB PS<br><br><br><br>ORDER TO SHOW CAUSE |

On January 22, 2018, the court issued an order setting an initial scheduling conference for March 7, 2018, and directing the parties to file a joint status report by no later than February 21, 2018. ECF No. 8. Plaintiff has since filed a status report, which indicates that he was unable to obtain defendant Jonathan Peck's participation in the preparation of a joint status report.[1] ECF No. 9. Furthermore, Peck has not separately filed his own status report.

Accordingly, defendant Peck is order to show cause why sanctions should not be imposed for his failure to comply with the court's January 22, 2018 order. *See* E.D. Cal. L.R. 110 ("Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or

---

[1] Plaintiff's status report also states that the only other named defendant, Robert Sanchez, has not yet been served. ECF No. 7 at 1.

1

within the inherent power of the Court."); *see also* E.D. Cal. L.R. 183 ("Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil or Criminal Procedure and by these Local Rules."); *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) ("Failure to follow a district court's local rules is a proper ground for dismissal.").

Accordingly, good cause appearing, it is hereby ORDERED that:

1. The initial scheduling conference currently set for March 7, 2018 is continued to April 4, 2018 at 10:00 a.m. in Courtroom No. 8.

2. On or before March 21, 2018, defendant Peck shall file a status report in accordance with the court's July 31, 2017 order. *See* ECF No. 3.

3. Defendant Peck shall also show cause, in writing, no later than March 21, 2018, why sanctions should not be imposed for failure to comply with the court's January 22, 2018 order.

4. Failure to comply with this order may result in the imposition of sanctions, including a recommendation that defendant Peck's answer (ECF No. 5) be stricken and his default entered.

DATED: February 28, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE