UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**Scott Johnson**,

    Plaintiff,

v.

**Robert Aron Sanchez; Jonathan Peck**; and Does 1-10,

    Defendants

**Case**: 2:17-CV-01575-JAM-EFB

**ORDER**
*(Granting Plaintiff leave to file First Amended Complaint)*

Plaintiff's motion for leave to file a First Amended Complaint came on for hearing before the court for hearing on April 4, 2018. Attorney Khushpreet Mehton appeared on behalf of plaintiff; defendant Johnathan Peck failed to appear. After consideration of plaintiff's brief and arguments of counsel, and all other matters presented to the Court, it is hereby Ordered that plaintiff's motion for leave to file a First Amended Complaint is GRANTED. The clerk shall file plaintiff's proposed first amended complaint (ECF No. 11-3) on the docket.

Dated: May 3, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE