UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT ARON SANCHEZ; JONATHAN PECK; MOO, INC, a California Corporation; and Does 1-10,<br><br>    Defendants. | No. 2:17-cv-1575-JAM-EFB<br><br>ORDER |

This case, in which defendant Jonathan Peck is proceeding *in propria persona*, was before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On June 27, 2018, attorney Nick Pritchett made an appearance in this action on behalf of defendant Moo, Inc. ECF No. 22; *see* E.D. Cal. L.R. 182(a).

Because plaintiff and one of the defendants are now represented by counsel, the referral to the magistrate judge will be withdrawn and the case will be referred back to the district judge. *See* E.D. Cal. L.R. 302(c)(21).[1] The undersigned will, however, continue to perform the usual discovery tasks associated with ordinary civil cases.

/////

---

[1] Local Rules 302(c)(21) provides for referral of cases to the undersigned in "actions in which all the plaintiffs or defendants are proceeding *in propria persona*."

1

Accordingly, it is hereby ORDERED that the referral of this case to the magistrate judge is withdrawn and the case is referred back to the district judge.

DATED: July 25, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE